UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DARRICK WASHINGTON | * | CIVIL ACTION NO: 2:15-cv-02125 |
| | * | |
| VERSUS | * | SECTION    "    " |
| | * | JUDGE: |
| HORNBECK OFFSHORE OPERATORS, LLC | * | |
| AND SHELL INTERNATIONAL | * | |
| EXPLORATION AND PRODUCTION, INC | * | MAG JUDGE: |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## SEAMAN'S COMPLAINT

**NOW INTO COURT** through his undersigned counsel comes Plaintiff, DARRICK WASHINGTON, a Jones Act Seaman, and a person of full age and majority, domiciled in Mobile, Alabama, who respectfully avers as follows:

### JURISDICTION AND VENUE

**I.**

This case is cognizable under Admiralty and Maritime jurisdiction pursuant to an Act of Congress, known as the Merchant Marine Act, approved by Congress on June 5, 1920, Section 33, commonly referred to as the Jones Act (46 U.S.C.A. section 688), and pursuant to the General Maritime Laws of the United States of America. Venue is proper in this Court as all tortious acts and/or omissions giving rise to this cause of action took place off the coast of Louisiana.

### PARTIES

**II.**

Named defendants herein are:

1. Hornbeck Offshore Operators, LLC, a corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

2. Shell International Exploration and Production, Inc., a corporation authorized to do and doing business within the Eastern District of Louisiana at the time of the accident complained of herein.

## FACTS

### III.

At all times material to this Complaint, Plaintiff Darrick Washington was employed by Defendant Hornbeck Offshore Operators, LLC, where he worked as a Jones Act Seaman in the maritime service of the vessel M/V HOS CAPTAIN, and/or a fleet of vessels owned by Defendant Hornbeck Offshore Operators, LLC.

### IV.

At the time of the complained accident, and at all times material to this Complaint, the vessel M/V HOS CAPTAIN was owned, operated and/or controlled by Defendant Hornbeck Offshore Operators, LLC.

### V.

At the time of the complained accident, and at all times material to this Complaint, Defendant Hornbeck Offshore Operators, LLC, and more specifically the vessel M/V HOS CAPTAIN, were providing services to an oil platform owned and operated by Defendant Shell International Exploration and Production, Inc.

### VI.

At some time in February or March of 2015, Plaintiff sustained serious and disabling injuries to his body while performing his assigned duties aboard the vessel M/V HOS CAPTAIN in the Gulf of Mexico off the Louisiana coast. More specifically, on the date of the complained accident, the Plaintiff was assisting in loading a piece of cargo onto the deck of the vessel M/V HOS CAPTAIN

from a Shell oil platform overhead. Plaintiff Darrick Washington was holding a tow line, assisting in guiding the cargo from the overhead platform to the deck of the M/V HOS CAPTAIN when, unexpectedly and without warning, the guideline broke and/or disengaged, causing Plaintiff to fall and land on his back and buttocks with great force. Plaintiff cannot recall the exact date of the complained accident; however, witnesses were present when the accident took place, and Plaintiff's supervisor called a safety meeting after the incident to address related safety concerns. Plaintiff would show that the exact date of the accident is more easily identified by Defendant Hornbeck Offshore Operators, LLC, and same will be learned in discovery.

## VII.

Plaintiff would show that since the accident, he has become increasingly aware of the seriousness of his injuries, as his pain and limitation of mobility have steadily worsened. As a result of the accident complained herein, Plaintiff suffered serious and disabling injury to his body, including but not limited to his back and lower extremities.

**CAUSE I - JONES ACT - DEFENDANT HORNBECK OFFSHORE OPERATORS, LLC**

## VIII.

The accident and resulting injuries described above were caused by the negligence of the Defendant, Hornbeck Offshore Operators, LLC, in the following particulars:

A. Breach of legally imposed duty of reasonable care owed by the Defendant to the Plaintiff;

B. Failure to provide a reasonably safe place to work;

C. Failure to provide an adequate complement of employees and/or equipment to perform the tasks necessary to maintain a reasonably safe place to work;

D.  Failure to take any means or precautions for safety of employees or others aboard the vessel, and/or fleet of vessels;

E.  Failure to supervise employees properly;

F.  Creation and maintenance of an unseaworthy vessel and/or fleet of vessels;

G.  Reckless disregard of Coast Guard and OSHA regulations designed for protection of employees;

H.  Failure to have adequate crew and personnel necessary to perform the tasks on the vessel and/or fleet of vessels;

I.  Issuing negligent orders and/or instructions;

J.  Failing to provide Plaintiff and other employees/seamen adequate training in procedure and work that was to be performed and that they were performing at the time of the accident;

K.  Supplying faulty equipment, including but not limited to guide ropes and tow ropes, to be used in the loading and unloading of cargo;

L.  Any and all other acts of negligence that will be shown at the trial of this matter.

## CAUSE II - GENERAL MARITIME LAW - SHELL INTERNATIONAL EXPLORATION AND PRODUCTION, INC.

### IX.

The accident and resulting injuries described above were caused by the negligence of the Defendant, Shell International Exploration and Production, Inc., in the following particulars:

A.  Breach of legally imposed duty of reasonable care owed by the Defendant to the Plaintiff;

B. Failure to provide an adequate complement of employees and/or equipment to perform the tasks necessary to maintain a reasonably safe place to work;

C. Failure to take any means or precautions for safety of employees or others;

E. Failure to supervise employees properly;

F. Reckless disregard of Coast Guard and OSHA regulations designed for protection of employees;

G. Failure to have adequate crew and personnel necessary to perform the tasks on the vessel and/or fleet of vessels;

H. Issuing negligent orders and/or instructions;

I. Failing to provide employees adequate training in procedure and work that was to be performed and that they were performing at the time of the accident;

J. Supplying faulty equipment, including but not limited to guide ropes and tow ropes, to be used in the loading and unloading of cargo;

K. Failure to properly engage the tow line or support line;

L. Any and all other acts of negligence that will be shown at the trial of this matter.

## DAMAGES

### X.

In accordance with the Jones Act and general maritime law, the defendants are liable unto the plaintiff, Darrick Washington, for the following damages:

a) Past, present and future medical expenses;

b) Past, present and future physical pain and suffering;

c) Past, present and future mental pain and suffering;

d) Lost wages and loss of earning capacity; and,

e)  Any other elements of damage recoverable under the Jones Act, general maritime law or under Louisiana law.

## MAINTENANCE AND CURE

### XI.

Plaintiff, Darrick Washington, is entitled to maintenance and cure benefits from Defendant/Employer Hornbeck Offshore Operators, LLC, until such time as he reaches maximum medical cure.

WHEREFORE, Plaintiff prays that after due proceedings had and the expiration of legal delays herein:

1. There be judgment rendered herein in favor of your Plaintiff, Darrick Washington, and and against your Defendants, Hornbeck Offshore Operators, LLC and Shell International Exploration and Production, Inc.;

2. That the aforementioned judgment include legal interest thereon from the date of judicial demand, until paid, for attorney's fees if permitted by law, and for all costs of these proceedings, and/or for prejudgment interest.

Respectfully submitted, this the 15th day of June, 2015.

BY:  DARRICK WASHINGTON

BY:  GEORGE W. HEALY, IV & ASSOCIATES


BY:  /s/ George W. Healy, IV
George W. Healy, IV & Associates
1323 28th Avenue, Suite A
Gulfport, MS 39501
(T) 228-575-4005
(F) 228-575-4006